JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| SUSANNE DeBOEVER, an individual<br><br>                Plaintiff,<br><br>vs.<br><br>CHOICE HOTELS INTERNATIONAL SERVICES CORP. AND CHOICE HOTELS OWNERS COUNCIL, AND DOES 1 THROUGH 50, INCLUSIVE,<br><br>                Defendants. | CASE NO. 8:18-cv-00391 CJC (KESx)<br><br>Honorable Cormac J. Carney<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION AND ORDER**<br><br>Complaint Filed:   January 12, 2018 |

## ORDER

On the stipulation of the parties, and good cause appearing therefor, this action is DISMISSED WITH PREJUDICE, each side bearing its own costs and attorneys' fees.

IT IS SO ORDERED

Dated: October 19, 2018

Cormac J. Carney
United States District Judge